AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:18 mj 2303 |
| Denise ESQUIVEL | ) | |
| (US) 1995 | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___November 6, 2018___ in the county of ___Hidalgo___ in the
___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | did knowingly and intentionally possess with the intent to distribute approximately 6.14 kilograms of heroin |
| 21 U.S.C. § 846 | conspiracy to possess with the intent to distribute approximately 6.14 kilograms of heroin |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

_Approved by David A. Lindenmuth_

_11/7/18_

_Complainant's signature_

Antonio Perez IV, HSI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __11/7/2018 - 9:15 a.m.__

_Judge's signature_

City and state: ___McAllen, Texas___

U.S. Magistrate Juan Alanis
_Printed name and title_

On November 6, 2018, U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in McAllen, Texas received a duty call from the U.S. Customs and Border Protection, Office of Fields Operations (CBP/OFO) at the Hidalgo, Texas Port of Entry (POE). CBP informed HSI that they encountered Denise ESQUIVEL, a U.S. citizen, as she presented herself for inspection via the Hidalgo POE's vehicle lane.  ESQUIVEL was the driver of an orange Ford Edge, displaying Texas license plate JLY-4370.  During the inspection, CBP discovered approximately 6.14 kilograms of heroin concealed in the vehicles battery.

On November 6, 2018, HSI Special Agent (SA) A. Perez and I. Martinez arrived at the Hidalgo, Texas POE and conducted an interview with ESQUIVEL.  HSI SA A. Perez read ESQUIVEL her Miranda rights as witnessed by I. Martinez.  ESQUIVEL stated she understood her rights and voluntarily waived them in writing.  ESQUIVEL made the following non-verbatim statements that have been paraphrased and may not be in the order in which she gave them:

ESQUIVEL stated she was on her way to Houston, Texas.  ESQUIVEL claimed she had traveled to Reynosa, Tamaulipas, Mexico to eat breakfast.  ESQUIVEL stated while she was in Mexico she had vehicle problems and went to an Auto Zone to change her vehicle battery.  ESQUIVEL claimed that while she was at Auto Zone, she met an unidentified male subject that offered to give her a free vehicle battery in exchange for her doing him a favor after she arrived in the U.S. ESQUIVEL recanted her previous statements and stated she was being extorted by unknown people to transport the vehicle battery. ESQUIVEL assumed the battery in her vehicle contained drugs.

ESQUIVEL later retracted her previous claims and stated, "I asked to start working in this". ESQUIVEL claimed she asked a friend to help her make money and she was given instructions to travel from Houston to go pick up the battery in Mexico.  ESQUIVEL was not certain how much she was being paid but estimated it would be $1,000.00 for her role in this drug transaction.